FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SULEMA MARTINEZ,<br><br>                    Plaintiff,<br><br>         v.<br><br>WAL-MART STORES INC., a corporation,<br><br>                    Defendant. | No.   2:16-CV-0275-SMJ<br><br>**ORDER DISMISSING CASE** |

On November 30, 2016, the parties filed a stipulated dismissal, ECF No. 15. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

   **1.** The parties' Stipulation and Order for Dismissal with Prejudice, **ECF No. 15**, is **GRANTED.**

   **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.** All pending motions are **DENIED AS MOOT.**

   **4.** All hearings and other deadlines are **STRICKEN.**

   **5.** The Clerk's Office is directed to **CLOSE** this file.

DISMISSAL ORDER **-** 1

1   **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and
2   provide copies to all counsel.
3   **DATED** this 1st day of December 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

DISMISSAL ORDER **-** 2